

To:      hblackley@spartanburgcounty.org
Cc:
Bcc:
Subject:    Case remanded  7:18-783 Angeli et al v. Allstate Indemnity Co

Good afternoon,

This case has been remanded to your court.  See attached:


remandorder1.pdf

Thank you
Angela Lewis
Civil Case Manager for the Honorable Judges
Bruce H. Hendricks
J. Michelle Childs
United States District Court
864-241-2759